| | |
|---|---|
| DAVID L. SKELTON, TRUSTEE  #96250<br>REBECCA E. PENNINGTON  #174488<br>RICHARD L. STEVENSON  #239705<br>OFFICE OF THE CHAPTER 13 TRUSTEE<br>525 B STREET, SUITE 1430<br>SAN DIEGO, CA 92101<br>(619) 338-4006 (Phone)<br>(619) 239-5242 (Fax) | |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, CA 92101-6991 | |
| In Re<br>　　CHRIS L NOBLIT<br><br>　　810 MCDONALD ROAD<br>　　FALLBROOK, CA 92028<br><br>　　　　　　　　　　　　　　Debtor. | Bankruptcy Case No.  15-00818-MM13<br><br>Date:　June 9, 2015<br>Time: 10:00 AM<br>Dept:　1 |

### Notice of Hearing on Objection to Confirmation of Chapter 13 Plan and
### Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 (C)(5)

To the Debtor and their Attorney of Record:

YOU ARE HEREBY NOTIFIED that on June 9, 2015 at 10:00 AM in Department 1 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, CA 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's Chapter 13 plan and Motion to Dismiss pursuant to Section 1307(C)(5) filed by DAVID L. SKELTON, CHAPTER 13 TRUSTEE.

Any opposition or other response to this motion must be served upon the undersigned, the United States Trustee, and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, CA 92101-6991 not later than fourteen days after date of service.

DATED:  May 8, 2015　　　　　　　　　　　　　　　　　　　　　　/s/ David L. Skelton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　David L. Skelton, Trustee